UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/14

MARK INESTI,

                Petitioner,          13 Civ. 6351 (WHP) (JCF)

      -against-                  ORDER

PEOPLE OF THE STATE OF NEW YORK,

                Respondent.

------------------------------------X

WILLIAM H. PAULEY III, District Judge:

        Petitioner pro se Mark Inesti petitions for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his conviction in New York State court. This action was referred to Magistrate Judge James C. Francis IV. On April 23, 2014, Magistrate Judge Francis issued a report and recommendation (the "Report") recommending that Inesti's petition be denied. The Report directed that Inesti file any objections to it within ten days. It is now twenty-one days after Magistrate Judge Francis issued the Report and Inesti has filed no objections.

        This Court has reviewed Magistrate Judge Francis's thorough and well-reasoned Report and finds that it is not facially erroneous. See 28 U.S.C. § 636(b)(1). Accordingly, this Court adopts the Report in its entirety and denies Inesti's petition. Because Inesti has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not be issued. See 28 U.S.C. § 2253(c)(2).

In addition, this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith. See <u>Coppedge v. United States</u>, 369 U.S. 438, 444 (1962). The Clerk of the Court is directed to terminate all pending motions and mark this case as closed.

Dated: May 14, 2014
      New York, New York

                                    SO ORDERED:

                                    WILLIAM H. PAULEY III
                                          U.S.D.J.

Magistrate Judge Francis

*Counsel of Record:*

Mark Inesti
DIN# 10-A-1169
Attica Correctional Facility
P.O. Box 149
Attica, New York 14011
*Petitioner, pro se*

Priscilla Steward, Esq.
Assistant Attorney General
120 Broadway
New York, New York 10271
*Counsel for Respondent*